**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EXPLORATION & MINING ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. )<br>)<br>Defendants. ) | Civil Action No. 16-cv-1279 (RC) |

**NOTICE OF FINAL RULE**

Defendants the United States Environmental Protection Agency ("EPA"), Andrew Wheeler[1], in his official capacity as Administrator of EPA, the United States Army Corps of Engineers, and R.D. James, in his official capacity as Assistant Secretary of the Army (Civil Works), wish to notify the Court and the parties that, on January 23, 2020, the Administrator of EPA and the Assistant Secretary of the Army for Civil Works signed a final rule entitled "Navigable Waters Protection Rule: Definition of 'Waters of the United States.'"  The pre-publication version is available on EPA's website, https://www.epa.gov/nwpr/final-rule-navigable-waters-protection-rule (last visited January 23, 2020).  This rule defines "waters of the United States" under the Clean Water Act and will replace the existing definition promulgated in "Definition of 'Waters of the United States'—Recodification of Pre-Existing Rules," 84 Fed. Reg. 56,626 (Oct. 22, 2019).  The rule will be published in the Federal Register and will be effective 60 days thereafter.

---

[1] EPA Administrator Andrew Wheeler and Assistant Secretary of the Army (Civil Works) R.D. James are automatically substituted for their predecessors in office pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Dated: January 24, 2020                                         Respectfully submitted,

/s/    *Erica Zilioli*
ERICA ZILIOLI
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: (202) 514-6390
F: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I caused a true and correct copy of the foregoing to be served via the court's CM/ECF system on all registered counsel.

  /s/ *Erica Zilioli*