IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN EXPLORATION & MINING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Civil Action No. 16-cv-1279 (RC)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff American Exploration & Mining Association and Defendants U.S. Environmental Protection Agency, et al. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 21, 2022

Respectfully submitted,

/s/   *Caroline Lobdell*
CAROLINE M. LOBDELL
Western Resources Legal Center
9220 SW Barbur Blvd, Suite 119-327
Portland, OR 97219
T: (503) 768-8500
clobdell@wrlegal.org

/s/   *Phillip Dupre*
PHILLIP DUPRÉ
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: (202) 616-7501
Phillip.R.Dupre@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2022, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system on all registered counsel.

/s/     *Caroline Lobdell*
CAROLINE LOBDELL